JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>LIQUOR 1940, INC. a California Corporation, and Does 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-00623-RGK-JPR<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: January 22, 2021<br>Trial Date:   Not on Calendar |

1

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Liquor 1940 Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 10, 2021

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge